# United States District Court

| WESTERN | DISTRICT OF | TEXAS, EL PASO DIVISION |
|---|---|---|

UNITED STATES OF AMERICA

**FILED**

V.

APR 2 2009

**Ramon ALEJO-Estrada**
**AKA: NONE**
**W/ Male**
**EPT   09-2237-0402**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: *09-2409m*

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **March 31, 2009** in **El Paso** county, in the **Western** District of **Texas** DEFENDANT (s) did, (Track Statutory Language of Offense)

**being an alien to the United States, enter, attempt to enter, and was found in the United States after having been previously excluded, deported, and removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Sections 202(3), 202(4), and 557**

in violation of Title **8** United States Code, Section(s) **1326**

I further state that I am a(n) **Prosecutions Officer** and that this complaint is based on the following facts:

Official Title

**On March 31, 2009 at approximately 0915 hours, Border Patrol Agent David Fernandez responded to a call from Asarco Security regarding two possible undocumented subjects in the Asarco Slag Pitts, which is approximately 3.6 miles west of the Paso Del Norte Port of Entry. Agent Fernandez encountered the Defendant Ramon ALEJO-Estrada, identified himself as an agent, and questioned him as to his citizenship. The Defendant admitted to being a citizen and national of Mexico and was not in possession of immigration documents allowing him to be in the United States legally. The Defendant admitted to making an illegal entry into the United States earlier in the morning.**

Continued on the attached sheet and made a part hereof:      [X] Yes      [ ] No

_____
Signature of Complainant
**Lucia S. Ramirez**
**Senior Patrol Agent**
**USBP**

Sworn to before me and subscribed in my presence,

| **April 2, 2009** | **El Paso, Texas** |
|---|---|
| Date | City and State |
| Richard P. Mesa | |
| United States Magistrate Judge | |
| Name & Title of Judicial Officer | Signature of Judicial Officer |

WESTERN DISTRICT OF TEXAS

Ramon ALEJO-Estrada
AKA: NONE
Chihuahua, Mexico

EPT    09-2237-0402

April 2, 2009
FACTS (CONTINUED)

The Defendant's biographical information and fingerprints were enrolled into the E3 PROCESSING / IDENT / IAFIS system and results indicated an alert for possible immigration and/or criminal history. The Defendant was advised of his rights as per form I-214.

Further investigation of the Defendant's immigration records through the Central Index System (CIS) and the Enforce Alien Removal Module (EARM) computer databases revealed the following Immigration History:

1. On April 11, 2008 the Defendant was removed from the United States to Mexico as a Mexican National through El Paso, Texas.

Further review of the Defendant's Immigration Records found no evidence that the Defendant has applied for or received permission from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

Further investigation of the Defendant's criminal records through the National Crime Information Center (NCIC) computer database system revealed the following Criminal History:

1. On April 4, 2008 the Defendant was convicted of Trafficking Controlled Substance and was sentenced to 9 years confinement (suspended sentence) and 5 years probation (San Juan County, New Mexico).